IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SID CHILDRESS,

    Plaintiff,

v.                                                            1:18-CV-00455 LF-KBM

JAMES STEVEN DEERING d/b/a
CENTRA XYZ, LLC,

    Defendant.

## **ORDER OF DISMISSAL**

On January 29, 2019, the Court entered a Memorandum Opinion and Order Granting Defendant's Motion to Dismiss (Doc. 15), dismissing Plaintiff Sid Childress's Complaint for Violations of the Telephone Consumer Protection Act, the Unfair Practices Act and Torts without prejudice.

IT IS THEREFORE ORDERED that this proceeding is DISMISSED without prejudice.

_____
Laura Fashing
United States Magistrate Judge
Presiding by Consent